UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| SHAROLD HALLAUER,<br><br>    Plaintiff,<br><br>    v.<br><br>YAKIMA VALLEY MEMORIAL HOSPITAL ASSOCIATION,<br><br>    Defendant. | NO.  CV-09-3010-RHW<br><br>**ORDER OF DISMISSAL** |

Before the Court is the parties' Stipulation for Order of Dismissal with Prejudice and Without Cause (Ct. Rec. 19). The parties inform the Court they have settled their dispute and thus seek dismissal of the above-captioned matter.

Accordingly, **IT IS HEREBY ORDERED:**

1. The parties' Stipulation for Order of Dismissal with Prejudice and Without Cause (Ct. Rec. 19) is **GRANTED**.

2. The above-captioned matter is **dismissed with prejudice** and without costs or fees to any party.

**IT IS SO ORDERED.**  The District Court Executive is directed to enter this Order and forward copies to counsel and **close the file**.

**DATED** this 25th day of January, 2010.

                        *s/Robert H. Whaley*
                        ROBERT H. WHALEY
                       United States District Judge

Q:\CIVIL\2009\Hallauer\dismiss.ord.wpd

**ORDER OF DISMISSAL** * 1